UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO CASTANEDA, et al. | No. 17 CR 319<br><br>Magistrate Judge Jeffrey T. Gilbert |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, moves for the entry of a protective order, and in support thereof states as follows:

1. The complaint in this case charges defendants with conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846 (Count 1), and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (Counts 2, 3 & 5). Count Four has been dismissed without prejudice.

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendants, who do not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: /s/ *Matthew L. Kutcher*
MATTHEW L. KUTCHER
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6132

Dated: July 27, 2017