[EXTERNAL] Re: In re Kevin Miller

MC MiAngel Cody <miangelcody@decarcerationlaw.com>
To Merin, Maureen (USAILN); Christopher Parente
Cc Donohue, Megan (USAILN)

Reply | Reply All | Forward | ...

Fri 9/12/2025 8:44 AM

You forwarded this message on 9/12/2025 8:45 AM.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hi Maureen and Megan –

The defense submitted our Status Report in yesterday's filing. We will not be joining your filing today. As you can see, we have asked Judge Blakey to order the government to file a written response to our proffer within 30 days and to disclose documents, etc, that are the basis for the government's objections. A written response will assist us and the Court in understanding the factual issues the government contests.

Otherwise, we leave it to the Court to set its deadlines.

Circling back to my Aug. 27 email, would you mind shooting over the case discovery to Chris's office? And, any update from Indiana as to whether they will require a subpoena? As we discussed at the August meet and confer, the defense continues to rely on the government's express representation that NDIL USAO was in no way involved in the investigations of Brindley. If that information changes, please let us know promptly.

Thanks much,

M.


Right-click or tap and hold here to download pictures. To help protect your privac...

**MiAngel Cody** (bio here)
*Lawyer, Writer, Righter*
1325 S. Wabash St., Ste. 305,
Chicago, IL 60605
Tel: (312) 858-8330


---

**From:** Merin, Maureen (USAILN) <Maureen.Merin@usdoj.gov>
**Sent:** Friday, September 12, 2025 8:10 AM
**To:** MiAngel Cody <miangelcody@decarcerationlaw.com>; Christopher Parente <cparente@cheronislaw.com>
**Cc:** Donohue, Megan (USAILN) <Megan.Donohue@usdoj.gov>
**Subject:** In re Kevin Miller

Dear MiAngel and Chris,
We saw you filed a supplement to your motion, a request for discovery, and an update regarding your client's medical status yesterday. What is your position regarding the draft status report I sent on August 26, which is due today?
Thanks,
Maureen


Maureen E. Merin
Assistant United States Attorney
219 S. Dearborn St., Suite 500
Chicago, Illinois 60604
Desk: (312) 353-1457
Cell: (312) 371-7246